IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SportBrain Holdings LLC**, an Illinois limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**Sunbeam Products, Inc.,**<br><br>Defendant. | No.: 1:17-cv-04079<br><br>Hon. Sara L. Ellis |

PLAINTIFF'S MOTION TO CONTINUE
INITIAL STATUS CONFERENCE AND EXTEND TIME FOR SERVICE

NOW COMES Plaintiff SportBrain Holdings LLC ("SportBrain"), through its attorney, Kenneth Matuszewski, and for its Motion to Continue Initial Status Conference and Extend Time for Service, states as follows:

1. Plaintiff Sportbrain filed its Complaint for Patent Infringement against Defendant on May 30, 2017.

2. This Court set an initial status conference for September 7, 2017.

3. Plaintiff has sent correspondence to the Defendant, and is waiting for the Defendant's response. As such, Plaintiff is in the process of pursuing, and seeking, an early resolution of the case with Defendant, and has offered to not yet serve the Complaint on the Defendant.

4. Accordingly, Plaintiff respectfully requests a continuance of the initial status conference for 30 days, until October 10, 2017; and an extension of time for service on the Defendant to one business day after the new initial status conference.

WHEREFORE, Plaintiff SportBrain respectfully requests that this Court continue the initial status conference for 30 days, until October 10, 2017; and extend the time for service on the Defendant to one business day after the new initial status conference.

Respectfully submitted,

/s/ Kenneth Matuszewski
Counsel for Plaintiff

KENNETH MATUSZEWSKI
RABICOFF LAW LLC
73 W MONROE ST
CHICAGO, IL 60603
708-870-5803
KENNETH@RABILAW.COM

**CERTIFICATE OF SERVICE**

    Please take notice that on August 31, 2017, we electronically filed with the United States District Court for the Northern District of Illinois, the above Motion by Plaintiff SportBrain. A copy of this document will be electronically served upon all parties having filed an appearance in this matter.

                                               /s/ Kenneth Matuszewski
                                               Counsel for Plaintiff